# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| Sharell Bailey, <br> Carolyn Bailey <br><br> Debtors, <br> _____/ | Case No. 19-41203 <br> Chapter 13 <br> Judge Marci B. McIvor |

## NOTICE OF APPEARANCE

PLEASE file the Appearance of Potestivo & Associates, P.C., on behalf of Gregory Funding as servicer for Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee and include Cheryl Cook, as attorney for creditor, on the Matrix.

| | |
|---|---|
| Dated: February 21, 2019 | /s/Cheryl Cook <br> Potestivo & Associates, P.C. <br> By: Cheryl Cook (P52128) <br> Attorney for Gregory Funding <br> 251 Diversion Street <br> Rochester, MI 48307 <br> Phone: 248-853-4400 <br> ccook@potestivolaw.com |

1

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| Sharell Bailey, Carolyn Bailey | Case No. 19-41203 |
| | Chapter 13 |
| Debtors, | Judge Marci B. McIvor |

## PROOF OF SERVICE

    I, Carrie Williams, state that on the 21st day of February, 2019, I served a copy of the Notice of Appearance and Proof of Service of same upon:

| | |
|---|---|
| Noel Cimmino, | David Wm Ruskin |
| 17515 West Nine Mile Road | Chapter 13 Trustee |
| Suite 420 | 26555 Evergreen Rd |
| Southfield, MI 48075 | Suite 1100 |
| | Southfield, MI 48076 |

Via CM-ECF electronic filing to the Debtors' Attorney and the Chapter 13 Trustee.

                                        /s/ Carrie Williams
                                        Carrie Williams
                                        Employee of Potestivo & Associates, P.C.
                                        251 Diversion Street
                                        Rochester, MI 48307
                                        248-853-4400
                                        cwilliams@potestivolaw.com

2

19-41203-mbm    Doc 34    Filed 02/21/19    Entered 02/21/19 09:25:17    Page 2 of 2